No. 86. VANDALIA RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* NATHANIEL G. STRINGER. In error to the Supreme Court of the State of Indiana. Argued for the

plaintiff in error November 9, 1916.   Decided November 13, 1916.  *Per Curiam.*  Dismissed for want of jurisdiction, with five per cent damages, upon the authority of *Iowa Central Ry. Co.* v. *Iowa,* 160 U. S. 389; *Texas & New Orleans R. R.* v. *Miller,* 221 U. S. 408, 416; *Washington* v. *Miller,* 235 U. S. 422, 429; *Wabash Railroad Co.* v. *Hayes,* 234 U. S. 86.   Mr. *Samuel O. Pickens,* Mr. *F. D. McKenney,* Mr. *Charles W. Moores* and Mr. *R. F. Davidson* for the plaintiff in error.   Mr. *Wyman J. Beckett* for the defendant in error.